# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

**APPEARANCE**

Case Number:  08mj8648

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

APOLINAR ROA-LOPEZ

I certify that I am admitted to practice in this court.

| 7/23/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number                              Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APOLINAR ROA-LOPEZ, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 08mj8648 |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  July 23, 2008             /s/ John C. Ellis, Jr.
                                                                       JOHN C. ELLIS, JR.
                                                                        Federal Defenders
                                                                         225 Broadway, Suite 900
                                                                         San Diego, CA 92101-5030
                                                                         (619) 234-8467  (tel)
                                                                         (619) 687-2666  (fax)
                                                                         john_ellis@fd.org